Case 2:21-cr-00597 Document 8 Filed on 06/09/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:21-MJ-685 |
| § | |
| JOHN CHRISTOPHER RAMIREZ § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The Government presented testimony that this case involves the defendant fleeing from the U.S. Border Patrol Checkpoint in a pickup truck with undocumented aliens in the bed of the truck. The defendant exceeded speeds of 100 miles per hour. The chase and pursuit were extended. The defendant's actions resulted in him crashing the truck. Victims were thrown from the bed of the truck and were seriously injured. Additionally, the Government presented evidence that the defendant is being investigated for the solicitation and transmission of child pornography which is

alleged to have occurred, in part, within one week of the instant offense. The victim is a person known to the case agent because of a separate criminal case where this minor is a victim. The evidence presented indicates the defendant knew the victim was 14 years old. Additionally, the case agent testified that the defendant sexually assaulted a woman who was either unconscious or intoxicated to the extent she was unable to consent. The sexual assault is recorded on the defendant's telephone and he is visible as the assailant. The age of the second victim is not known at this time. The undersigned finds the evidence of soliciting child pornography and rape compelling. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 9th day of June, 2021.

_____
Jason B. Libby
United States Magistrate Judge